# EXHIBIT A

E-FILED  2022 AUG 26 11:12 AM MARSHALL - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT IN AND FOR MARSHALL COUNTY

| | | |
|---|---|---|
| **DAVID HERNANDEZ,** | * | Civil No. _____ |
| Plaintiff, | * | |
| v. | * | |
| | * | **ORIGINAL NOTICE** |
| **FORTERRA PIPE & PRECAST LLC,** | * | |
| Defendant. | * | |

**TO THE ABOVE-NAMED DEFENDANT:**

You are notified that a Petition has been filed in the office of the Clerk of this Court, naming you as the Defendant in this action. A copy of the Petition (and any documents filed with it) is attached to this notice. The attorney for the Plaintiff is Andrew L. LeGrant of LeGrant Law Firm, P.C., whose address is 2900 100th Street, Suite 304, Urbandale, Iowa 50322. The attorney's phone number is (515) 331-6500; facsimile number (855) 331-6509.

You must serve a motion or answer within 20 days after service of this Original Notice upon you and within a reasonable time thereafter, file your motion or answer with the Clerk of Court for Marshall County, at the county courthouse in Marshalltown, Iowa. If you do not, judgment by default may be rendered against you for the relief demanded in the Petition.

If you require the assistance of auxiliary aids or services to participate in Court because of a disability, immediately call your district ADA coordinator. (If you are hearing impaired, call Relay TTY at 1-800-735-2942.

CLERK OF COURT
Marshall County Courthouse
17 East Main Street
Marshalltown, Iowa 50158

## IMPORTANT

**YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS.**

E-FILED 2022 AUG 29 10:13 AM MARSHALL - CLERK OF DISTRICT COURT

# Iowa Judicial Branch

Case No. **LACI011586**
County **Marshall**

Case Title **DAVID HERNANDEZ V. FORTERRA PIPE & PRECAST LLC**

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential. For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(641) 421-0990** . Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/. **Disability access coordinators cannot provide legal advice.**

Date Issued **08/29/2022 10:13:31 AM**



*District Clerk of Court or/by Clerk's Designee of* Marshall  *County*
**/s/ Regina Smith**

E-FILED  2022 AUG 26 11:12 AM MARSHALL - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT IN AND FOR MARSHALL COUNTY

| | | |
|---|---|---|
| **DAVID HERNANDEZ,** | * | Civil No. _____ |
| Plaintiff, | * | |
| v. | * | **PETITION AT LAW & JURY DEMAND** |
| **FORTERRA PIPE & PRECAST LLC,** | * | |
| Defendant. | * | |

**COMES NOW** the Plaintiff, David Hernandez, by and through his attorney, LeGrant Law Firm, P.C., and for his cause of action against Defendant Forterra Pipe & Precast LLC states as follows:

### VENUE & JURISDICTION

1. The unlawful employment practices alleged below have been committed within Marshall County, State of Iowa.

2. The amount in controversy exceeds the jurisdictional requirements of the Iowa District Court in and for Marshall County.

### THE PARTIES

3. Plaintiff David Hernandez was, at all times material hereto, a citizen and resident of Marshalltown, Marshall County, Iowa.

4. Upon information and belief, Defendant Forterra Pipe & Precast LLC (hereinafter "FPP") is a limited liability company with its principal place of business in Marshalltown, Marshall County, Iowa and is authorized to conduct business in Iowa.

## COUNT I
### Violations of Iowa Code Chapter 730.5

5. Hernandez incorporates by reference all preceding paragraphs as if set forth fully herein.

6. FPP employed Hernandez from February 2021 until the termination of his employment on or about June 13, 2022.

7. In mid-April 2022, FPP required Hernandez to undergo workplace drug testing.

8. FPP's stated basis for requiring Hernandez to undergo workplace drug testing was his involvement with a workplace accident resulting in damage to company equipment/property.

9. Hernandez did not refuse to workplace drug testing; rather, he agreed to do so and provided a urine sample for that purpose.

10. At the time Hernandez submitted to the drug testing in April 2022, he was taking certain prescription medication.

11. Hernandez was not given an opportunity to provide information to be considered relevant to the drug testing, including, but not limited to, the prescription drugs that he was then using, in violation of Iowa Code § 730.5(7)(c).

12. After Hernandez returned to work several days after initially providing a urine sample, FPP both notified him that his initial urine sample was no longer available and asked him to provide another sample.

13. Hernandez once again agreed to do so and, in fact, provided another urine sample.

14. Once again, Hernandez was not given an opportunity to provide information to be considered relevant to the drug testing, including, but not limited to, the prescription drugs that he was then using, in violation of Iowa Code § 730.5(7)(c).

15. On or about June 13, 2022, Hernandez received a phone call from someone who identified himself as an employee with the drug testing lab.

16. This individual informed Hernandez that he failed the drug test on the basis that he tested positive for methamphetamine.

17. At all times material hereto, Hernandez was not engaged in illicit methamphetamine use; in fact, he has never done so.

18. Later the same day (on or about June 13, 2022), FPP through its supervisory/managerial personnel terminated Hernandez's employment on the purported basis that he tested positive for an illegal substance.

19. However, FPP did not inform Hernandez in writing by certified mail, return receipt requested, of the result of the workplace drug test, as well as his right to request and obtain a confirmatory test at an approved laboratory of his choice, in violation of Iowa Code § 730.5(7)(j)(1).

20. FPP's violations of Iowa Code Chapter 730.5 prejudiced Hernandez and proximately caused him to sustain damages.

**WHEREFORE** the Plaintiff, David Hernandez, respectfully requests that this Court enter judgment against Defendant Forterra Pipe & Precast LLC and award him affirmative relief including back pay, front pay, attorney fees, court costs, all with interest as provided by law, and any other equitable relief as the Court deems appropriate.

## JURY DEMAND

21. Hernandez hereby demands a trial by jury.

E-FILED 2022 AUG 26 11:12 AM MARSHALL - CLERK OF DISTRICT COURT

Respectfully Submitted,

**LeGRANT LAW FIRM, P.C.**

By /s/ Andrew L. LeGrant
Andrew L. LeGrant       AT0008908
2900 100th Street, Suite 304
Urbandale, Iowa 50322
Telephone: (515) 331-6500
Facsimile: (855) 331-6509
Email: alegrant@legrantlaw.com

ATTORNEY FOR PLAINTIFF

Original filed.